*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 15.

*For reversal*—None.

EVA M. VANDER VEER, PLAINTIFF-APPELLANT, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, DEFENDANT-RESPONDENT.

Argued May 15, 1934—Decided October 5, 1934.

For the appellant, *Brenner & Kresch*.

For the respondent, *McDermott, Enright & Carpenter*.

PER CURIAM.

The judgment under review is affirmed, by an equally divided court.

*For affirmance*—THE CHANCELLOR, CASE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, JJ. 7.

*For reversal*—THE CHIEF JUSTICE, TRENCHARD, PARKER, BODINE, DONGES, VAN BUSKIRK, KAYS, JJ. 7.